Writ denied. No error of law under the facts found by the Court of Appeal.

157 So.2d 233

**Barbara Thibodaux LeCOMPTE, Individually and as Natural Tutrix,**

v.

**Fred KAY et al.**

No. 46982.

Nov. 12; 1963.

In re: Barbara Thibodaux LeCompte, etc., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit Parish of Terrebonne. 156 So.2d 75.

Writ refused. On the facts found by the Court of Appeal we find no error of law in the judgment complained of.

157 So.2d 234

**Succession of Thomas Charles MULQUEENY.**

No. 46984.

Nov. 12, 1963.

In re: Miss Anna Elizabeth Early applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 156 So.2d 317.

The application is denied. There appears no error of law in the judgment complained of.

157 So.2d 234

**In re TUTORSHIP OF LA FAUCI CHILDREN.**

No. 46988.

Nov. 12, 1963.

In re: Lilly Ruth Jones, etc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 156 So.2d 233.

Writ refused. The result is correct.